UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE H. GONZALEZ,

    Petitioner,

v.    Case No.: 2:25-cv-01163-SPC-DNF

GARRETT J. RIPA *et al.*,

    Respondents,

## ORDER

Before the Court are Jose H. Gonzalez's Petition for Writ of Habeas Corpus (Doc. 1), the government's response (Doc. 4), and Gonzalez's reply (Doc. 5). Immigration and Customs Enforcement detained Gonzalez on December 10, 2025, and he petitioned for habeas relief four days later. The respondents released Gonzalez on an order of recognizance on December 22, 2025. The parties agree the petition is moot.

Accordingly, Gonzalez's petition is **DISMISSED as moot.** The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on December 30, 2025.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1